1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@JonesDay.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION
   SOLUTIONS, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11

12 | FRED J. PETERS, an Individual;         | Case No. EDCV12-1837 TJH (OPx)
13 |         Plaintiff,                     | **ORDER GRANTING STIPULATED PROTECTIVE ORDER [19]**
14 |    v.                                  |
15 | EQUIFAX INFORMATION
   | SERVICES LLC, is a Corporation;
16 | EXPERIAN INFORMATION
   | SOLUTIONS INC, a corporation;
17 | DISCOVER BANK, is a business
   | entity; form unknown;
18 | SST/CIGPF1CORP, an unknown
   | business entity and DOES 1-10,
19 | Inclusive,
20 |         Defendants.

IRI-49369v1

1
2    IT IS HEREBY ORDERED that the Stipulated Protective Order entered by
3  and between Plaintiff Fred J. Peters ("Plaintiff"), Equifax Information Services
4  LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), Discover
5  Bank ("Discover"), and SST/CIGPF1CORP ("SST") is GRANTED.
6
7
8
9  **IT IS SO ORDERED.**
10
11  Dated: March 25, 2013
                                      _____
12                                    HON. TERRY J. HATTER, JR.
                                      United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28