# UNITED STATES DISTRICT COURT
## Central District of California

## NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS AND PROPOSED BILL OF COSTS

Fred J. Peters

v.     Case Number: EDCV12-01837-TJH(OPx)

Equifax Information Services, LLC, et al.

---

Judgment having been entered in this action on __March 7, 2014__ against __Plaintiff Fred J. Peters__,
the Clerk is requested to tax the following as costs at __11:00 a.m.__ on __April 10, 2014__:

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $0.00 |
| Fees for service of process: see L.R. 54-3.2 | $169.00 |
| United States Marshal's fees: see L.R. 54-3.3 | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 | $0.00 |
| Depositions: see L.R. 54-3.5 | $7,635.92 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $3,075.50 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $0.00 |
| Docket fees: see L.R. 54-3.8 | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $224.53 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | $0.00 |
| Other Costs: see L.R. 54-3.12 | $0.00 |
| State Court costs: see L.R. 54-3.13 | $0.00 |
| Costs on appeal: see L.R. 54-4 | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | $0.00 |
| Other (please itemize) | $0.00 |
| **TOTAL** | **$11,104.95** |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [ ] Electronic service by e-mail as set forth below and/or
- [x] Conventional service by first class mail, postage prepaid as set forth below

Signature: _/s/_     Print Name: Lori G. Ginex

Costs are taxed in the amount of  $11,104.95 - no objection.

TERRY NAFISI   By: _/s/_   May 1, 2014
Clerk of Court     Deputy Clerk     Date
            Rosa Morales