# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| FRED J. PETERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC., *et al*.<br><br>　　　　Defendants. | ED CV 12-01837 TJH (OPx)<br><br><br>Judgment |

　　　The Court, having granted summary judgment in favor of Defendant Discover Bank and against Plaintiff Fred J. Peters,

　　　It is Ordered, Adjudged, and Decreed that judgment be, and hereby is, Entered in favor of Defendant Discover Bank and against Plaintiff Peters.

　　　It is further Ordered, Adjudged, and Decreed that Plaintiff Peters shall take nothing from Defendant.

1 | It if further Ordered that Plaintiff Peters shall pay Defendant Discover Bank's costs
2 | as taxed by the Clerk of Court.
3 |
4 | Date: August 6, 2014
5 |                                              _____
6 |                                                    Terry J. Hatter, Jr.
7 |                                              Senior United States District Judge