Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, APC**
3150 Montrose Ave.
La Crescenta, CA 91214
Tel. (818) 249-5291
Fax (818) 249-4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiff
FRED J. PETERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED J. PETERS, an Individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; DISCOVER BANK, is a business entity; form unknown; SST/CIGPF1CORP, an unknown business entity and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: EDCV 12-01837-TJH(OP)<br>Hon. Terry J. Hatter, Jr.<br>Courtroom 17<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT DISCOVER BANK AND THE ENTIRE CASE [JS-6] |

    Plaintiff Fred J. Peters and Defendant Discover Bank have announced to the Court that all matters in controversy between them have been resolved.

    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Fred J. Peters against Defendant Discover Bank are dismissed with prejudice.

Furthermore, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 2ND day of February 2017.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

ORDER re: Stipulation of Dismissal With Prejudice of Discover Bank and the Entire Case